EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Pedro M. González Sánchez | 2004 TSPR 93 <br><br> 161 DPR \_\_\_\_ |

Número del Caso: TS-5234


Fecha: 14 de junio de 2004


Abogado de la Parte Peticionaria:
     Lcdo. José A. Hernández Mayoral


Oficina del Procurador General:
     Lcda. Mayra J. Serrano Borges
     Procuradora General Auxiliar


Miembros de la Comisión de Reputación para el Ejercicio de la Abogacía:

     Lcdo. Doel Quiñones Núñez
     Lcda. Belén Guerrero Calderón
     Lcdo. Carlos Víctor Dávila
     Dr. Robert Stohlberg
     Lcdo. José Guillermo Vivas
     Lcda. Waleska Delgado Marrero
     Lcdo. Héctor Saldaña Egozcue


Materia: Solicitud de Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Pedro M. González Sánchez

TS-5234

RESOLUCIÓN

En San Juan, Puerto Rico, a 14 de junio de 2004.

Visto el Informe presentado por la Comisión de Reputación para el Ejercicio de la Abogacía, así como la Moción sobre Informe al Tribunal Supremo, sometido por el Lcdo. José A. Hernández Mayoral, se ordena el archivo de la presente queja y se reinstala al Lcdo. Pedro M. González Sánchez al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo